IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case Number: 1:18-cr-00043-MJG-1 |
| STEWART SACHS | * | |
| Defendant | * | |

\*\*\*\* \*\*\*\*\* \*\*\*\*

## NOTICE TO ENTER APPEARANCE OF COUNSEL

Please enter the appearance of Andrew I. Alperstein, Esquire, and Alperstein & Diener, P.A. on behalf of the Defendant, Stewart Sachs, in this matter.

ANDREW I. ALPERSTEIN, ESQUIRE
Federal Bar Number: 26645
ALPERSTEIN & DIENER, P.A.
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
aia@alpersteinlaw.com
(410) 685-0990
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 26th day of January, 2018, a copy of the foregoing Notice to Enter Appearance of counsel was filed via the Electronic Case Filing ("ECF") system, which will cause notification to be sent via email to Assistant United States Attorneys James Warwick and Joan Mathias.

ANDREW I. ALPERSTEIN, ESQUIRE
Federal Bar Number: 26645
ALPERSTEIN & DIENER, P.A.